179 So. 389

### Edger PARISH v. STATE.

### 4 Div. 13.

Supreme Court of Alabama.

Feb. 24, 1938.

A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for petitioner.

J. N. Mullins, of Dothan, for respondent.

PER CURIAM.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court, in the case of Parish v. State, 179 So. 387.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.